UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA ELZE,<br><br>        Plaintiff,<br><br>   v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 to 100, Inclusive,<br><br>        Defendants. | Case No. 1:24-cv-00952-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 27). |

On November 26, 2025, the parties filed a joint stipulation dismissing this action with prejudice. (ECF No. 27). In light of the parties' stipulation, this action has been terminated with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 1, 2025**            /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

1